EDGAR RALFF, an Infant, by RUDOLPH RALFF, His Guardian ad Litem, et al., Appellants, *v.* LONG ISLAND RAIL ROAD COMPANY, Respondent.

Argued March 8, 1944; decided April 20, 1944.

*Irving E. Kanner, Harold H. Corbin* and *Edward Bennett* for appellants.

*Harry G. Anderson, Ralph E. Hemstreet* and *Louis J. Carruthers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LEWIS, CONWAY and THACHER, JJ. LOUGHRAN and DESMOND, JJ., dissent on the ground, under the circumstances here shown, the jury was justified in holding it to be negligence for the flagman to order plaintiff and his playmates off the train after it was in motion. Taking no part: RIPPEY, J.